# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-311-FDW-DCK

| | |
|---|---|
| ZAPATA INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| ZAPATA TECHNOLOGY, INC., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) filed by Ross R. Barton, concerning Robert L. Lee on October 2, 2018. Mr. Robert L. Lee seeks to appear as counsel *pro hac vice* for Defendant Zapata Technology, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) is **GRANTED.** Mr. Robert L. Lee is hereby admitted *pro hac vice* to represent Defendant Zapata Technology, Inc.

**SO ORDERED**.

Signed: October 2, 2018

David C. Keesler
United States Magistrate Judge