# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-311-FDW-DCK

| | |
|---|---|
| ZAPATA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ZAPATA TECHNOLOGY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by Ross R. Barton, concerning Emily Chambers Welch on October 2, 2018. Ms. Emily Chambers Welch seeks to appear as counsel *pro hac vice* for Defendant Zapata Technology, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED.** Ms. Emily Chambers Welch is hereby admitted *pro hac vice* to represent Defendant Zapata Technology, Inc.

**SO ORDERED**.

Signed: October 2, 2018

David C. Keesler
United States Magistrate Judge